### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY M. MARCELLI, | ) | 3:14-CV-0683-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 22, 2016 |
| | ) | |
| DAVID MAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file confidential documents *under seal* in support of defendants' motion for summary judgment (ECF No. 30). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file confidential documents *under seal* in support of defendants' motion for summary judgment (ECF No. 30) is **GRANTED**. The exhibits (ECF No. 32) are filed and shall remain under seal.

Defendants' motion to strike plaintiff's opposition to reply in support of defendants' motion for summary judgment (ECF No. 39) is **GRANTED**. Plaintiff's opposition to reply (ECF No. 38) is hereby **STRICKEN.** Pursuant to Local Rule 7-2(b), motion practice consists of a motion, an opposition, and a reply. Further briefing is not permitted without leave of court and motions for leave to file a surreply are discouraged.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk