AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*          DISTRICT OF   NEVADA

ANTHONY MICHAEL MARCELLI,

      Plaintiff,

  v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:14-cv-00683-MMD-VPC

DAVID MAR, et al.,

      Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 31) is granted.

March 22, 2017                                                    **DEBRA K. KEMPI**
                                                                                     Clerk

                                                                                   /s/ K. Rusin
                                                                                  Deputy Clerk